IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY DRUMM                                                             PLAINTIFF

VS.                         CASE NO. 06-CV-4049

THE DUPPS COMPANY                                    DEFENDANT

**AMENDED ORDER**

The above styled and numbered cause was scheduled for trial on June 18, 2007. (Doc. 5). Counsel has advised the Court that all claims have settled. It appearing to the Court that it is not necessary that this cause remain on the Court's docket:

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and is thereby **DISMISSED WITH PREJUDICE** subject to the terms of this settlement agreement; and

IT IS FURTHER ORDERED that if any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Judgment.

The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 2nd day of May, 2007.

                                                                /s/Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge